# EXHIBIT C

# 18 MAR MESOTHELIOMA AND REPEATED COSMETIC TALC EXPOSURE

Posted at 00:50h in Author Interviews, Cancer Research, Lung Cancer, Occupational Health by Marie Benz MD FAAD

**MedicalResearch.com Interview with:**



Dr. Emory

**Theresa S. Emory MD**
Department of Pathology, Peninsula Pathology Associates
Newport News, VA

*MedicalResearch.com: What is the background for this study? What are the main findings?*

*Response:* Cosmetic talc products can contain asbestos, which is the primary cause of malignant mesothelioma. We investigated 75 individuals with malignant mesothelioma, whose only known exposure to asbestos was repeated exposures to cosmetic talcum powder. 83% of the individuals were female and several occurred in barbers/cosmetologists. 16% occurred in individuals younger than 45 years old, and on average the subjects were 11 years younger than predicted, based on SEER data. The asbestos fibers in tissue samples that were examined in 11 cases were identical (anthophyllite and tremolite) to those identified in cosmetic talc.

*MedicalResearch.com: What should readers take away from your report?*

*Response:* Mesotheliomas can develop following repeated exposures to cosmetic talcum powder. This is likely due to the presence of asbestos contaminating cosmetic talcum powders. In addition, cosmetic talc may account for a percentage of the malignant mesotheliomas previously reported as "idiopathic," especially in women.

*MedicalResearch.com: What recommendations do you have for future research as a result of this work?*

*Response: Large-scale controlled studies* are required to assess the prospective risk of developing mesothelioma following repeated exposures to talc.

*MedicalResearch.com: Is there anything else you would like to add?*

*Response:* Due to the lethality of malignant mesothelioma, the FDA should consider strictly regulating, or banning, asbestos-containing cosmetic talc products, as nontoxic alternatives are readily available.

**Citation:**

Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients
Theresa S. Emory MD, John C. Maddox MD, Richard L. Kradin MD
First published:16 March 2020

https://doi.org/10.1002/ajim.23106

[subscribe]

Mar 18, 2020 @ 12:50 am
*The information on MedicalResearch.com is provided for educational purposes only, and is in no way intended to diagnose, cure, or treat any medical or other condition. Always seek the advice of your physician or other qualified health and ask your doctor any questions you may have regarding a medical condition. In addition to all other limitations and disclaimers in this agreement, service provider and its third party providers disclaim any liability or loss in connection with the content provided on this website.*

210

TAGS: health care, lung cancer, medical research, mesothelioma, talc