# EXHIBIT E

Home (https://survivingmesothelioma.com) | C

## SURVIVING MESOTHELIOMA (HTTPS://SURVIVINGMESOTHELIOMA.COM/)

Find Mesothelioma Information…   Search

HAVE QUESTIONS? CALL US!
**1 (888) 378-1331 (TEL:+18883781331)**

MESOTHELIOMA ▾   TREATMENT ▾   DOCTORS ▾   LAWYERS & FINANCIAL ▾   RESOURCES ▾   ABOUT ▾   FREE BOOK ▾

HOME (HTTPS://SURVIVINGMESOTHELIOMA.COM/) / NEWS (HTTPS://SURVIVINGMESOTHELIOMA.COM/NEWS/) / COSMETIC TALC CAN CAUSE MESOTHELIOMA, STUDY FINDS

# Cosmetic Talc Can Cause Mesothelioma, Study Finds

March 21, 2020 (https://survivingmesothelioma.com/cosmetic-talc-casuse-mesothelioma/) Alex Strauss (https://survivingmesothelioma.com/author/astrauss/)



A new study in the *American Journal of Industrial Medicine* (https://onlinelibrary.wiley.com/doi/full/10.1002/ajim.23106) appears to offer definitive evidence that repeated exposure to cosmetic talc can cause mesothelioma.

It is an issue that has come up repeatedly in courtrooms in recent years. Lawyers for mesothelioma patients (https://survivingmesothelioma.com/mesothelioma/what-is-mesothelioma/) who have used cosmetic talc say the products are unsafe. Manufacturers like Johnson & Johnson insist they are pure.

But the new study shows that may not be the case. If the product is contaminated with asbestos (https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html), as many appear to be, the study shows cosmetic talc can cause mesothelioma.

## How Can Cosmetic Talc Cause Mesothelioma?

Talcum powder is made from talc, which contains magnesium and silicon. Because it absorbs moisture, people use it to keep skin dry and prevent rashes from friction. Some animal studies on pure talc have suggested it can cause tumors. But the International Agency for Research on Cancer (IARC) (https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html) does not classify it as a known carcinogen.

The bigger problem is asbestos (https://survivingmesothelioma.com/mesothelioma/asbestos/), which *is* known to cause cancer. Deposits of talc and asbestos lie close together in the ground. Cosmetic talc can cause mesothelioma because some of it contains small amounts of asbestos.

When asbestos fibers get into the body, they never leave. They can trigger malignant mesothelioma (https://survivingmesothelioma.com/mesothelioma/malignant/) even years after exposure. The longer a person is exposed to asbestos, the more likely they are to receive a mesothelioma diagnosis.



## "My Name is Paul Kraus and I Have Survived Mesothelioma for Over 20 Years."

In 1997 I was diagnosed with mesothelioma. The doctors gave me just a few short months to live…

But here I am, 20 years later, alive and well.

I wrote a book explaining how I became the longest living mesothelioma survivor in the world.

Today, I'd like to give you a copy for **free** because I want more people to survive this disease.

All you have to do is **click the button below now**. You will receive the book within 72 hours.

I wish you good health.

Sincerely,

**CLICK HERE NOW » (HTTPS://SURVIVINGMESOTHELIOMA.COM/SURVIVING-MESOTHELIOMA-A-PATIENTS-GUIDE/)**

# Asbestos-Tainted Talc and Mesothelioma

Researchers interviewed 140 people with documented exposure to cosmetic talc. They chose 75 to be part of the new study (https://onlinelibrary.wiley.com/doi/full/10.1002/ajim.23106)on whether cosmetic talc can cause mesothelioma. Sixty-four of the patients were men and 11 were women. All had confirmed cases of malignant mesothelioma.

Scientists cannot be sure the exact concentration of the talc these people encountered. But they do know that the study participants had an average of 33 years of exposure to cosmetic talc. None of them lived or worked around asbestos, so the talc was their only known exposure.

Malignant mesothelioma usually occurs in older people, but 16 percent of the study subjects were younger than 45. Forty-eight people had pleural mesothelioma (https://survivingmesothelioma.com/mesothelioma/pleural/), 23 had peritoneal mesothelioma (https://survivingmesothelioma.com/mesothelioma/peritoneal/), and two patients had both kinds. One person had testicular mesothelioma and another had it around their heart, called pericardial mesothelioma.

In eleven cases, scientists examined their tissue under high-end microscopes for signs of asbestos fibers.

## Results of the Latest Talc Study

"Of the 11 individuals whose nontumorous tissues were analyzed for the presence of asbestiform fibers, all showed the presence of anthophyllite and/or tremolite asbestos," writes lead author and pathologist Theresa Emory, MD (https://onlinelibrary.wiley.com/doi/full/10.1002/ajim.23106).

This suggests that there was definitely asbestos in their talcum powder and that cosmetic talc can cause mesothelioma. The findings may help with current and future legal cases against cosmetic talc producers.

Dr. Emory and her colleagues conclude, "Mesotheliomas can develop following exposures to cosmetic talcum powders. These appear to be attributable to the presence of anthophyllite and tremolite (https://en.wikipedia.org/wiki/Tremolite) contaminants in cosmetic talcum powder."

Sources:

Emory, TS, et al, "Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients", March 16, 2020, American Journal of Industrial Medicine, Epub ahead of print, https://onlinelibrary.wiley.com/doi/full/10.1002/ajim.23106\ (https://onlinelibrary.wiley.com/doi/full/10.1002/ajim.23106%5C)

Talcum Powder and Cancer, American Cancer Society website, Accessed March 21, 2020, https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html (https://www.cancer.org/cancer/cancer-causes/talcum-powder-and-cancer.html)

"It has been over four years now and I can honestly say I am doing great. I highly recommend this book because it is inspirational and educational."

— Tom Crittenden, Maricopa, Az.

*Note: We have limited copies available for free. Free copies of the book are only available in the United States, Australia and New Zealand.

## Recent Article

### New Therapy to Stop Mesothelioma Tumor Growth

(https://survivingmesothelioma.com/new-therapy-to-stop-mesothelioma-tumor-growth/)

*January 17, 2023*

Carbon-ion beam irradiation with cisplatin may stop the growth of malignant pleural mesothelioma. Researchers at one of the world's most experienced carbon ion therapy centers in Chiba, Japan shared that conclusion in a new article in the American Journal of Cancer Research. New Treatment Strategy Carbon-ion beam irradiation is a new treatment strategy for different cancer types. It has been used to treat cancer in patients for almost 30 years. It involves using a particle accelerator to pummel a tumor with DNA-damaging carbon ions. Unlike conventional radiation, carbon ion therapy carries a lower risk of damaging healthy surrounding tissues since most of the energy is scattered as soon as the particles hit the cancer cells. This could be especially useful …

**CONTINUE READING » (HTTPS://SURVIVINGMESOTHELIOMA.COM/NEW-THERAPY-TO-STOP-MESOTHELIOMA-TUMOR-GROWTH/)**

GET YOUR FREE COPY OF
# "Surviving Mesothelioma" Today!

[GET YOUR FREE COPY ›](HTTPS://SURVIVINGMESOTHELIOMA.COM/SURVIVING-MESOTHELIOMA-A-PATIENTS-GUIDE/)

## United States Sources

**CENTERS FOR DISEASE CONTROL AND PREVENTION (CDC), UNITED STATES**
Dr. K.M. Bang, Dr. J.M. Mazurek, Dr. J. Wood JM

**CREIGHTON UNIVERSITY SCHOOL OF MEDICINE, UNITED STATES**
Brian L. Loggie, MD, FACS

**DAVID GEFFEN SCHOOL OF MEDICINE, UCLA, UNITED STATES**
Dr. C.R. Logg, Dr. N. Kasahara, Dr. K.E. Rosenzweig

**ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, NEW YORK, UNITED STATES**
Dr. P.A. Zucali, Dr. M. Perrino, Dr. E. Lorenzi, Dr. G.L. Ceresoli, Dr. F. De Vincenzo, Dr. M. Simonelli , Dr. L. Gianoncelli

**MAYO CLINIC, UNITED STATES**
Zachary S. DePew, M.D., Dennis Wigle, M.D., Ph.D, John J. Mullon, M.D., Francis C. Nichols, M.D., Claude Deschamps, M.D., Fabien Maldonado, M.D.

**MOFFITT CANCER CENTER, TAMPA, FL, UNITED STATES**
Dr. J. Wong, Dr. A.L. Koch, Dr. J.K. Deneve, Dr. W. Fulp, Dr. T. Tanvetyanon, Dr. S. Dessureault

**NATIONAL INSTITUTE FOR OCCUPATIONAL SAFETY & HEALTH, UNITED STATES**
Dr. R.D. Daniels, Dr. T.L. Kubale, Dr. J.H. Yiin, Dr. M.M. Dahm, Dr. T.R. Hales, Dr. D. Baris, Dr. S.H. Zahm, Dr. J.J. Beaumont,

**UNIVERSITY OF CHICAGO, MEDICAL CENTER, UNITED STATES**
Dr. Z.E. Labby, Dr. S.G. Armato 3rd, Dr. J.J. Dignam, Dr. C. Straus, Dr. H.L. Kindler, Dr. A.K. Nowak, Dr. Aliya N. Husain, Dr. M. Kamran Mirza, Dr. Yiqing Chi, Dr. Redouane Boumendjel

**UNIVERSITY OF MARYLAND SCHOOL OF MEDICINE, UNITED STATES**
Dr. H.R. Alexander, Dr. D.L. Bartlett, Dr. J.F. Pingpank, Dr. S.K. Libutti, Dr. R. Royal, Dr. M.S. Hughes, Dr. M. Holtzman

**UNIVERSITY OF HAWAII CANCER CENTER, UNITED STATES**
Dr. Michele Carbone, Dr. Harvey Pass, Dr. H. Yang, Dr. T. Krausz, Dr. J.R. Testa, Dr. G. Gaudino

**WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE, UNITED STATES**
Edward A. Levine, MD, FACS, John H. Stewart IV, MD, FACS, Perry Shen, MD, FACS, Gregory B. Russell, MS

[View International Sources Here](https://survivingmesothelioma.com/international-sources/)

© 2023 Surviving Mesothelioma®. All Rights Reserved. Privacy Policy (https://survivingmesothelioma.com/privacy-policy/) | Disclaimer (https://survivingmesothelioma.com/disclaimer/) | Sitemap (https://survivingmesothelioma.com/surviving-mesothelioma-website-sitemap/)