

# No-Cost, No-Obligation
# Talcum Powder
# Ovarian Cancer
# Lawsuit Case Review



## Who Can File a Talcum Powder Ovarian Cancer Lawsuit? (../who-can-file-a-talcum-powder-cancer-lawsuit.aspx)

If you or a loved was diagnosed with ovarian cancer and have a history of talcum baby powder use you may be entitled to damages. We provide free no-obligation talcum powder baby cancer lawsuit case review. We do not charge attorney fees unless you receive compensation and you are under no obligation after your initial consultation.

## Contact Us for a Free Case Review

**Name**

Enter name

**Telephone**

Enter phone number

**Email Address**

Enter email

**Tell Us What Happened:**

[ Send Contact ]

---

# 1-844-BAD-TALC (tel:+1-844-223-8252)
# TOLL-FREE HELPLINE

---

# Talcum Powder Cancer Lawsuit News (../news/)

---

# New Study Finds Asbestos Fibers in Lung Tissue of Mesothelioma Victims



There is no more conclusive evidence than finding traces of asbestos in the lungs of people who's only possible exposure could have been cosmetic talcum powder

**Wednesday, April 1, 2020** - Researchers at Medical Research.com have found asbestos fibers in the lung tissue of patients with mesothelioma and have concluded that there is a strong link with having used cosmetic talcum powders regularly, repeatedly, and over many years. In a recent report dated March 18, 2020, Theresa S. Emory MD., of the Department of Pathology, Peninsula Pathology Associates, Newport News, VA found that talc products were contaminated with asbestos and caused mesothelioma in a large percentage of the 75 people in the study. Dr. Emory was asked to describe the study and its findings and responded without qualification that

talc is contaminated with asbestos and directly causes cancer of the lungs: "Cosmetic talc products can contain asbestos, which is the primary cause of malignant mesothelioma. We investigated 75 individuals with malignant mesothelioma, whose only known exposure to asbestos was repeated exposures to cosmetic talcum powder. 83% of the individuals were female and several occurred in barbers/cosmetologists. 16% occurred in individuals younger than 45 years old, and on average the subjects were 11 years younger than predicted, based on SEER data. The asbestos fibers in tissue samples that were examined in 11 cases were identical (anthophyllite and tremolite) to those identified in cosmetic talc." **Talcum powder cancer attorneys** (https://www.talcumpowdercancerlawsuit.com/) are helping women and families nationwide and offer a free consultation.

Dr. Emory recommends that the government should consider a ban on cosmetic talc powder and pointed out that safer alternatives were already on the market. "Due to the lethality of malignant mesothelioma, the FDA should consider strictly regulating, or banning, asbestos-containing cosmetic talc products, as nontoxic alternatives are readily available."

Lawsuits have been filed by both men and women that have inhaled talcum powder dust, mostly Johnson's Baby Powder or Clubman products, after getting a haircut, showering or diapering their infants and consequently developing mesothelioma from the asbestos that contaminates the product. Researchers and the US Food and Drug Administration (FDA) have repeatedly tested Johnson's Baby Powder and other talc-based cosmetics and have found them to contain deadly asbestos fibers. Also, occupational users of talc such as barbers and beauticians have been at risk daily and for decades having never given the safety profile of Clubman brand talcum powder a second thought.

This brings to mind the fact that people from all walks of life have taken talc's safety for granted thinking that if it was not safe the FDA would not let it on the market, however, for some inexplicable reason, cosmetic talc has escaped government scrutiny and is not under the jurisdiction of any government product or food safety agency. For over 50 years the cosmetics industry has been left to self-regulate and in a classic example of the fox guarding the hen house has looked the other way when asbestos fears were first raised over 50 years ago. Instead of taking asbestos-contaminated talc off of the market, cosmetic testers declared talc to be pure, safe and "asbestos-free," a statement the Department of Justice is now investigating executive at Johnson & Johnson for making as being a blatant lie.

## More Recent Talcum Powder Ovarian Cancer Lawsuit News:

- **Baby Powder Made From Any Ingredients Carries An Inhalation Risk That Can Damage The Lungs | 1/16/2023 (baby-powder-made-from-any-ingredients-carries.asp)**
- **Johnson & Johnson's LTL Management Bankruptcy Will Probably Be Appealed To The Supreme Court | 1/13/2023 (johnson-&-johnsons-ltl-management-bankruptcy.asp)**
- **Barbers And Beauticians Are At High Risk For Developing Mesothelioma From Inhaling Talc Dust | 1/12/2023 (barbers-and-beauticians-are-at-high-risk.asp)**
- **Court Appointed Talcum Powder Lawsuit Evaluator May Arrive At A Settlement Amount By The First Of April | 1/9/2023 (court-appointed-talcum-powder-lawsuit-evaluator.asp)**

- **New Mothers Must Decide Between Talcum Powder And Cornstarch When Caring For Their Baby | 1/5/2023 (new-mothers-must-decide-between-talcum-powder.asp)**
- **Talcum Powder Cancer Risks Remain High Despite Lawsuits Being On Hold | 1/4/2023 (talcum-powder-cancer-risks-remain-high-despite.asp)**
- **The Personal Care Products Safety Act Expands The FDA Role In Regulating Cosmetics Including Talcum Powder (Part Two) | 12/28/2022 (the-personal-care-products-safety-act-expands.asp)**
- **The Personal Care Products Safety Act Expands The FDA Role In Regulating Cosmetics Including Talcum Powder (Part One) | 12/28/2022 (the-personal-care-products-safety-act-expands.asp)**
- **Johnson & Johnson Plaintiff Expert Witness Testimony Refuted By LTL Management Attorneys | 12/21/2022 (johnson-&-johnson-plaintiff-expert-witness.asp)**
- **Avon Products Hit With $50 Million Cosmetics Talc Verdict | 12/18/2022 (avon-products-hit-with-$50-million-cosmetics.asp)**

View all Talcum Powder Cancer Lawsuit News (/)

## No-Cost, No-Obligation Baby Powder Lawsuit Case Review for Persons or Families of Persons Who Developed Ovarian Cancer After a History of Perineal Baby Powder Use

OnderLaw, LLC is a St. Louis personal injury law firm handling serious injury and death claims across the country. Its mission is the pursuit of justice, no matter how complex the case or strenuous the effort. The Onder Law Firm has represented clients throughout the United States in pharmaceutical and medical device litigation such as Pradaxa, Lexapro and Yasmin/Yaz, where the firm's attorneys held significant leadership roles in the litigation, as well as Actos, DePuy, Risperdal and others. The firm has represented thousands of persons in these and other products liability litigation, including DePuy hip replacement systems, which settled for $2.5 billion and Pradaxa internal bleeding, which settled for $650 million. The Onder Law Firm won over $300 million in four talcum powder ovarian cancer lawsuits in St. Louis to date and other law firms throughout the nation often seek its experience and expertise on complex litigation.

OnderLaw, LLC - Talcum Powder Cancer Lawsuits (https://www.talcumpowdercancerlawsuit.com/)

Disclaimer: The choice of an attorney is an important decision and should not be based solely upon advertisements. Past results afford no guarantee of future results. Every case is different and must be judged on its own merits. The accident, injury, personal injury, and/or other legal information offered herein by OnderLaw, LLC, is not formal legal advice, nor is it the formation of an attorney client relationship. In order for our firm to be considered your attorney there must be a signed agreement between the client and the firm.

OnderLaw, LLC is a National Law Firm based in St. Louis, Missouri representing clients throughout the United States in national federal MDL products liability litigation.

**Privacy and Cookie Policy** (../privacy.aspx)