

# THE LAW OFFICES OF KENNETH A. WILHELM

CALL: 212-545-7373

WEB PAGE

# New Study Reinforces Link Between Talc and Mesothelioma

 Ken Wilhelm

3 years ago

A recent study has strengthened the link between prolonged exposure to cosmetic talcum powder and a rare form of cancer called mesothelioma. According to the study, which was published in the March issue of the American Journal of Industrial Medicine, people who use cosmetic talc regularly may be at higher risk of mesothelioma. The study was conducted by doctors at Peninsula Pathology Associates based in Newport News, Virginia.

The study involved 75 mesothelioma patients, 64 of them women, whose only exposure to asbestos was through cosmetic talcum powder. The study concludes that cosmetic talc may be a cause of malignant mesothelioma. Of the 75 cases used in the study, 11 were examined for asbestos fibers, which are known carcinogens.

## Talc and Mesothelioma Lawsuits

Last month, the U.S. Food and Drug Administration (FDA) announced that it had found talc that was contaminated with asbestos in 52 cosmetic products that it tested over a year. All of those talc products have been recalled. In October, the agency found traces of asbestos in one lot of Johnson's Baby Powder, a brand of powder that is involved in thousands of lawsuits where victims have alleged that they developed ovarian cancer or mesothelioma through long-term use of the product.

Talc, which is the main ingredient in talcum powder, is a natural mineral that is used for a variety of consumer products including baby powder and cosmetics. Talc can often easily become contaminated with asbestos when it is mined because it is found near asbestos in the earth. This has led to mounting concerns over talcum powder products, which have been linked to cases of mesothelioma, lung cancer and ovarian cancer. Asbestos and talc naturally form together. These minerals are similar in composition and develop together over time. Deposits of talc are frequently contaminated with asbestos and asbestos-like fibers.

So far, more than 16,000 plaintiffs have sued the company saying its powder caused mesothelioma or ovarian cancer and that Johnson & Johnson (J&J) did not warn consumers about these dangers. A Reuters investigation in 2018 found that J&J failed to disclose the discovery of small amounts of asbestos in its talc over several decades. Asbestos can cause cancer when inhaled and has been linked to mesothelioma.

The FDA considers talc that is tainted with asbestos unacceptable for use in cosmetics. But there are no laws in the United States prohibiting its use in cosmetics. Also, the FDA can act only if a product is scientifically proven to cause harm. Testing a product to see if it contains asbestos-contaminated talc can be tricky because it requires specialized equipment.

## Compensation for Affected Victims

A victim who has been diagnosed with mesothelioma, ovarian cancer or lung cancer as a result of using these contaminated products may be able to file a product liability lawsuit seeking compensation for damages including medical expenses, permanent injuries, lost income and benefits, disabilities, past and future pain and suffering, etc. A family that has lost a loved one here may also be able to file a wrongful death lawsuit against the manufacturer seeking compensation.

If you or a loved one has developed mesothelioma, ovarian cancer or other adverse health effects as a result of using talcum powder products, the experienced New York personal injury attorneys at the Law Offices of Kenneth A. Wilhelm can help you better understand your legal rights and options, and also fight hard to recover just compensation for you.

Our firm recovered $1,162,500 for a child who suffered lead poisoning from paint in her apartment. The child's injuries were subtle and difficult to recognize. We recovered $162,500 above the $1 million dollar total insurance policy in this case. Despite the judge's efforts to settle the case for $950,000, we fought hard and recovered $162,500 more than the insurance policy of one million dollars. Also, one of our clients obtained a verdict for $43,940,000 and another of our clients got a verdict for $23,500,000, both in medical malpractice cases.

Please contact us TOLL FREE 24 hours a day, 7 days a week at **1-800-WORK-4-YOU (1-800-967-5496). WE CAN EVEN COME TO YOU. There is no attorneys' fee unless we recover money for you.** We can also help with personal injury and medical malpractice cases in New York, New Jersey, Connecticut, Pennsylvania, or Florida. If you have been seriously injured in any of the 50 U.S. states, please call us and we will try to help you with your case.

Other TOLL FREE phone numbers for us are:

Case 3:23-cv-03649-MAS-RLS   Document 1-12   Filed 07/07/23   Page 4 of 4 PageID: 128

1-800-RADIO-LAW, 1-888-WYPADEK, OR 1-800-LAS-LEYES

Please visit us at: www.WORK4YOULAW.com

Email Us

Categories: Personal Injury

Tags: attorneys, mesothelioma, new york, personal injury, talcum powder

Leave a Comment

Back to top