Peter C. Harvey
Thomas P. Kurland (*pro hac* forthcoming)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222
pcharvey@pbwt.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>                         Plaintiff,<br>            -v-<br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX,<br><br>                         Defendants. | Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Plaintiff LTL Management LLC is a non-governmental corporation and that

1.  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

    a.  DePuy Synthes, Inc.

1

  b.  Janssen Pharmaceuticals, Inc.

  c.  Johnson & Johnson Holdco (NA) Inc.

  d.  Johnson & Johnson International

  e.  Johnson & Johnson

2. The name and citizenship of every individual or entity whose citizenship is attributed to that party are:

  a.  Plaintiff LTL Management LLC is a North Carolina limited liability company with its principal place of business in New Jersey. LTL Management LLC has one member: Johnson & Johnson Holdco (NA) Inc. Johnson & Johnson Holdco (NA) Inc. is a citizen of New Jersey. Johnson & Johnson Holdco (NA) Inc. is a corporation incorporated in and with its principal place of business in New Jersey. LTL Management LLC is therefore a citizen of New Jersey.

  b.  Defendant Dr. Theresa Swain Emory is an individual who is a citizen of Virginia.

  c.  Defendant Dr. Richard Lawrence Kradin is an individual who is a citizen of New Hampshire.

  d.  Defendant Dr. John Coulter Maddox is an individual who is a citizen of Virginia.

Dated: July 7, 2023                     Respectfully submitted,

| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
|---|---|
| | */s/ Peter C. Harvey* |
| Allison M. Brown | Peter C. Harvey |
| One Manhattan West | Thomas P. Kurland (*pro hac* forthcoming) |
| New York, New York 10001 | 1133 Avenue of the Americas |
| Telephone: (212) 735-3222 | New York, NY 10036-6710 |
| Facsimile: (917) 777-3222 | Telephone: (212) 336-2000 |
| Allison.Brown@skadden.com | Fax: (212) 336-2222 |
| | pcharvey@pbwt.com |

**KING & SPALDING, LLP**

Kristen Fournier (*pro hac* forthcoming)
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
kfournier@kslaw.com

*Counsel for Plaintiff LTL Management LLC*