# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**LTL MANAGEMENT LLC,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**THERESA SWAIN EMORY, ET AL.,**
*Defendant*

CASE NUMBER: **3:23−CV−03649−MAS−RLS**

TO: *(Name and address of Defendant):*

Dr. Theresa Swain Emory
219 Rivers Edge
Williamsburg, VA 23185

&

408 Rivers Edge
Williamsburg, VA 23185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Peter C. Harvey, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
pcharvey@pbwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023−07−07 16:05:12**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____; or

☐ Returned unexecuted: _____
_____
_____; or

☐ Other (specify):
_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     _____        _____
                         Date                                    *Signature of Server*

                                                _____
                                                           *Address of Server*

PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710

## AFFIDAVIT OF SERVICE

Client's File No.: _____
Case Number: 3:23-cv-03649-MAS-RLS
Date Filed: July 7, 2023
Court Date: _____

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**



**LTL MANGEMENT LLC,**

Plaintiff

vs

**DR. THERESA SWAIN EMORY, et al.,**

Defendant

STATE OF VIRGINIA   COUNTY OF   NEWPORT NEWS CITY   SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Virginia

That on the following date: July 19, 2023, at the following time: 11:48 AM,
at PENINSULA PATHOLOGY ASSOCIATES, 500 J. CLYDE MORRIS BLVD, NEWPORT NEWS, VA 23601   deponent served the within
Summons in a Civil Action, Complaint with Exhibits, Demand for Jury Trial, Civil Cover Sheet

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: DR. THERESA SWAIN EMORY

[X] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed First Class mail to the above address _____ on _____

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State.   [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**   Sex: Female   Color of skin: White   Color of hair: Black   Age: 36 - 50 Yrs.   Height: 5ft 4inch - 5ft 8inch
Weight: 100-130 Lbs.   Other Features: _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

KIMBERLY A STEPP
NOTARY PUBLIC
REGISTRATION # 7635611
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
MARCH 31, 2027

Sworn to before me on 7/19/2023

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Jonathan Meador

PROCESS SERVER LICENSE # _____

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542      Work Order # 1474748