# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**LTL MANAGEMENT LLC,**
*Plaintiff*

                V.         **SUMMONS IN A CIVIL CASE**

**THERESA SWAIN EMORY , ET AL.,**
*Defendant*

CASE NUMBER: **3:23−CV−03649−MAS−RLS**

TO: *(Name and address of Defendant):*

Dr. Richard Lawrence Kradin
1 Colonel Wilkins Road
Amherst, NH 03031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Peter C. Harvey, Esq.
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
pcharvey@pbwt.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023−07−07 16:05:12**, Clerk
USDC NJD

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name):
_____ a person of suitable age and discretion who resides there,
on (date):_____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left:
_____ ; or

☐ Returned unexecuted: _____
_____
_____ ; or

☐ Other (specify):
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____        _____
                         Date                                *Signature of Server*

                                                             _____
                                                             *Address of Server*

PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036-6710

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

Client's File No.: _____
Case Number: 3:23-cv-03649-MAS-RLS
Date Filed: July 7, 2023
Court Date: _____

LTL MANAGEMENT LLC,
*Plaintiff*

vs

DR. THERESA SWAIN EMORY, et al.,
*Defendant*



STATE OF NEW HAMPSHIRE COUNTY OF CARROLL SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New Hampshire

That on the following date: July 13, 2023, at the following time: 11:00 AM,
at 1 COLONEL WILKINS ROAD, AMHERST, NH 03031 deponent served the within
Summons in a Civil Action, Complaint with Exhibits, Demand for Jury Trial, Civil Cover Sheet

[X] Papers so served were properly endorsed with the Case Number and date of filing.

Upon: DR. RICHARD LAWRENCE KRADIN

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person** — By delivering to and leaving with "Jane Doe" (Refused Name), Wife (Relationship) a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [X] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____. on

[ ] **Corporation LLC / LLP** — By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment [ ] last known address within the State. [ ] usual place of abode

Nicholas Robinson

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Female  Color of skin: White  Color of hair: Gray  Age: 60-70 Yrs.  Height: 5ft 8inch - 5ft 10inch
Weight: 130-150 Lbs.  Other Features: Glasses

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[X] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on _____
SEE ATTACHED JURAT

*Nicholas John Robert Robinson*
PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Nicholas Robinson
PROCESS SERVER LICENSE #

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*    Work Order # 1474432

# JURAT

State/Commonwealth of **TEXAS** )
)
☐ City ☑ County of **Collin** )

On **07/24/2023**, before me, **Hunter Vincent Mauer**,
  Date                                Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

**Nicholas John Robert Robinson**.
*Name of Affiant(s)*

☐ Personally known to me  **-- OR --**

☐ Proved to me on the basis of the oath of _____ **-- OR --**
   *Name of Credible Witness*

☑ Proved to me on the basis of satisfactory evidence: **driver_license**
   *Type of ID Presented*

WITNESS my hand and official seal.

Notary Public Signature: *[signature]*

[Notary Seal: Hunter Vincent Mauer, ID NUMBER 13431718-5, COMMISSION EXPIRES April 20, 2027]

Notary Name: **Hunter Vincent Mauer**
Notary Commission Number: **13431718-5**
Notary Commission Expires: **04/20/2027**

*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: **Affidavit of Service**

Document Date: **07/24/2023**

Number of Pages (including notarial certificate): **2**

2