UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC, | DOCKET NO.: 3:23-CV-03649-MAS-RLS |
| Plaintiff, | CIVIL ACTION |
| v. | |
| DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX | APPLICATION BY CONSENT BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. RULE 6.1(b) |
| Defendants. | |

Defendants Dr. Theresa Swain Emory, Dr. Richard Lawrence Kradin, and Dr. John Coulter Maddox, (collectively, "Defendants") respectfully move the Court for an order pursuant to Local Rule 6.1(b) granting an extension to September 15, 2023 to answer, move or otherwise respond to plaintiff's Complaint and in support thereof aver as follows:

1. On July 7, 2023, Plaintiff, LTL Management, LLC ("Plaintiff"), commenced this action against Defendants (Dkt#1) and Summons were issued (Dkt#3).

2. Named Defendants subsequently were served and their responsive pleadings are currently due on or about August 1, 2023 (Maddox), August 9, 2023 (Emory) and August 4, 2023 (Kradin). See Dkt#s 4 – 6)

3. Undersigned counsel was recently retained and seeks additional time to investigate and prepare a complete and full response to the Complaint.

4. Counsel for Plaintiff, Peter C. Harvey, Esquire, Patterson Belknap & Tyler, LLC, has kindly agreed to the extension of time to answer, respond or move to September 15, 2023 for all three Defendants.

3383194.1

-2-

5. This is the first request for an extension sought by Defendants.

**WHEREFORE**, Defendants respectfully request that the Court enter the annexed order extending the time in which Defendants must answer, move or otherwise respond to September 15, 2023.

Dated: <u>Tuesday, August 1, 2023</u>    Respectfully submitted,

SHERMAN, SILVERSTEIN, KOHL,
ROSE & PODOLSKY, P.A.

By:  /s/ Bruce S. Luckman
Bruce S. Luckman
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
bluckman@shermansilverstein.com

*Attorney for Defendants*