-3-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC, | DOCKET NO.: 3:23-CV-03649-MAS-RLS |
| Plaintiff, | CIVIL ACTION |
| v. | |
| DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX | APPLICATION BY CONSENT BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. RULE 6.1(b) |
| Defendants. | |

## **ORDER**

The August 1, 2023 application of Defendants is hereby **GRANTED** and the time to Answer, Move or otherwise Reply is extended to September 15, 2023.

BY THE COURT:

_____

J.

-3-