# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC, | DOCKET NO.: 3:23-CV-03649-MAS-RLS |
| Plaintiff, | CIVIL ACTION |
| v. | |
| DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX | APPLICATION BY CONSENT BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. RULE 6.1(b) |
| Defendants. | |

## CERTIFICATE OF SERVICE

Bruce S. Luckman, Esquire, Counsel for Defendants, hereby certifies that on this 1st Day of August, 2023, a copy of the foregoing Consent Application by Defendants for Extension of Time to Answer, Move or Otherwise Respond Pursuant to Local Rule 6.1(b) has been filed electronically. Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

*/s/ Bruce S. Luckman*
Bruce S. Luckman