UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX<br><br>    Defendants. | DOCKET NO.: 3:23-CV-03649-MAS-RLS<br><br>CIVIL ACTION<br><br>APPLICATION BY CONSENT BY DEFENDANTS FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND PURSUANT TO L. RULE 6.1(b) |

**ORDER**

The August 1, 2023 application of Defendants is hereby **GRANTED** and the time to Answer, Move or otherwise Reply is extended to September 15, 2023.

So Ordered this 2d day of August, 2023

Hon. Rukhsanah L. Singh, U.S.M.J.

-3-

3383194.1