# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX<br><br>　　　Defendants. | DOCKET NO.: 3:23-CV-03649-MAS-RLS<br><br>CIVIL ACTION<br><br>NOTICE OF MOTION<br><br>ORAL ARGUMENT REQUESTED |

To:   Peter C. Harvey, Esquire
　　　Patterson, Belknap, Webb & Tyler, LLP
　　　1133 Avenue Of The Americas
　　　New York, NY 100369

　　　PLEASE TAKE NOTICE that on October 16, 2023, or as soon thereafter as counsel may be heard, defendants Dr. Theresa Swain Emory, Dr. Richard Lawrence Kradin, And Dr. John Coulter Maddox, by and through her undersigned counsel, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., shall move before the Court for an Order Dismissing Plaintiffs' Complaint. The grounds for this motion are set forth more fully in the Memorandum served and filed together herewith.

　　　PLEASE TAKE FURTHER NOTICE that in support of this Motion, a proposed form of Order is attached hereto.

Dated: Friday, September 15, 2023　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　SHERMAN, SILVERSTEIN, KOHL,
　　　　　　　　　　　　　　　　　　　　　ROSE & PODOLSKY, P.A.

　　　　　　　　　　　　　By:　/s/ Bruce S. Luckman
　　　　　　　　　　　　　　　　Bruce S. Luckman
　　　　　　　　　　　　　　　　308 Harper Drive, Suite 200
　　　　　　　　　　　　　　　　Moorestown, NJ 08057
　　　　　　　　　　　　　　　　Telephone: 856-662-0700
　　　　　　　　　　　　　　　　Facsimile: 856-488-4744

3413997.1

ALI & LOCKWOOD LLP
Kathryn M. Ali (admitted *pro hac vice*)
Elizabeth C. Lockwood (admitted *pro hac vice*)
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
Telephone: 202-651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com

*Attorney for Defendants*

3413997.1