# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LTL MANAGEMENT LLC,

      Plaintiff,

      v.

DR. THERESA SWAIN EMORY, DR.
RICHARD LAWRENCE KRADIN, AND DR.
JOHN COULTER MADDOX

      Defendants.

DOCKET NO.: 3:23-CV-03649-MAS-RLS

CIVIL ACTION

## DECLARATION OF DR. THERESA S. EMORY, MD

Dr. Theresa S. Emory, MD hereby declares under penalty of perjury as follows:

1.     I am over eighteen (18) years of age and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2.     I am an Officer at Peninsula Pathology Associates PC based in Newport News, Virginia, which is my principal place of business.

3.     I currently reside in Virginia and have resided there since 2000.

4.     I am a board-certified physician in anatomic and clinical pathology, and am licensed to practice medicine in the state of Virginia. I am not licensed to practice medicine outside of Virginia.

5.     I have never resided in New Jersey, and have never practiced medicine in New Jersey.

6.     I do not own or lease any real property in New Jersey, and do not hold any bank accounts in New Jersey.

7.     I have never served as an expert witness in any case filed in any state or federal court in New Jersey.

8.      I co-authored a peer-reviewed article entitled "Malignant mesothelioma following repeated exposures to cosmetic talc: A case series of 75 patients," which was subsequently published in March 2020 in the American Journal of Industrial Medicine (the "Article").

9.      I researched and drafted the Article while residing in Virginia, and while on vacation in Colorado.

10.     When I researched and drafted the Article and submitted it to the Journal for publication, I did so with the hopes it would be published nationally, and not in any particular state.

Executed on September 12, 2023.

_____
Dr. Theresa S. Emory, MD.