UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX<br><br>  Defendants. | DOCKET NO.: 3:23-CV-03649-MAS-RLS<br><br>CIVIL ACTION |

**[PROPOSED] ORDER**

This matter having been brought before the Court on the return date of the Defendants' Motion to Dismiss the Complaint with prejudice, and the Court having considered the moving papers and the arguments of counsel, and for good cause shown;

IT IS on this ____ day of _____, 2023,  IT IS ORDERED that the Defendants' Motion to Dismiss is GRANTED; and it is further ORDERED that the Complaint is dismissed with prejudice; and it is further ORDERED that all parties be provide with a copy of this Order within 10 days.

**BY THE COURT**

_____

3413969.1