## CERTIFICATE OF SERVICE

  Bruce S. Luckman, Esquire, Counsel for Defendants, hereby certifies that on this 15th day of September, 2023, a copy of the foregoing Memorandum in Support of Motion to Dismiss has been filed electronically. Notice of this filing has been served upon counsel of record via the Court's electronic filing system. Access to this filing can be obtained via the Court's electronic filing system.

                */s/ Bruce S. Luckman*
                Bruce S. Luckmant