# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LTL MANAGEMENT LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. THERESA SWAIN EMORY, DR. RICHARD LAWRENCE KRADIN, AND DR. JOHN COULTER MADDOX<br><br>    Defendants. | DOCKET NO.: 3:23-CV-03649-MAS-RLS<br><br>CIVIL ACTION |

### DECLARATION OF DR. RICHARD L. KRADIN, MD

Dr. Richard L. Kradin, MD hereby declares under penalty of perjury as follows:

1. I am over eighteen (18) years of age and have personal knowledge of, and am competent to testify to, the matters set forth in this Declaration.

2. I previously submitted a declaration dated September 12, 2023, where I stated that to my knowledge I had never served as an expert witness in any case filed in any state or federal court in New Jersey. I made that statement based on my recollection that I have never traveled to New Jersey to testify in any deposition or trial.

3. I understand that LTL has submitted various exhibits in connection with their Opposition to Defendants' Motion to Dismiss, which indicate that I submitted reports in connection with *Teuscher v. Brenntag North America, Inc., et al.*, No. MID-L-7249-16AS (N.J. Super. Ct), *see* ECF No. 19-9, and *Provinzano v. Cyprus AMAX Minerals Company, et al.*, No. MID-L-002464-17AS (N.J. Super. Ct.), *see* ECF No. 19-10. I understand that I was deposed in Boston, Massachusetts in connection with those cases. *See* ECF No. 19-11.

4. I also understand that LTL submitted Exhibit K to the Declaration of Peter C. Harvey, *see* ECF No. 19-12, to support their claim that I was disclosed as an expert in the cases

listed in Exhibit K. I have reviewed the list of cases in Exhibit K and confirmed that, in addition to the cases listed above, I only submitted expert reports in *Alderdice; et al. v. Revlon, Inc.; et al.*, No. MID-L-0546-17AS (N.J. Super. Ct.) and *Macy v. Brenntag North America, Inc.; et al.*, No. MID-L-00623-17AS (N.J. Super. Ct.). I did not testify in any deposition or trial in connection with these cases.

5. When I am asked to prepare an expert report like those submitted at ECF Nos. 19-9 and 19-10, the plaintiff's residence and the jurisdiction in which their case is located has no bearing on whether I take their particular case.

Executed on October 9, 2023.

_____
Dr. Richard L. Kradin, M.D.