UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

LTL MANAGEMENT LLC,

    Plaintiff,

v.

DR. THERESA SWAIN EMORY, *et al.*,

    Defendants.

Civil Action No. 23-3649 (ZNQ) (RLS)

ORDER

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Dr. Theresa Emory, Dr. John Maddox, and Dr. Richard Kradin (collectively "Defendants"). ("Motion", ECF No. 16.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **30th** day of **April 2024,**

    **ORDERED** that Defendants' Motion (ECF No. 16) is hereby **GRANTED**; and it is further

    **ORDERED** that the Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

    **ORDERED** that Plaintiff shall have **30 days** from the issuance of this Order to file an amended complaint consistent with the Court's Opinion.

                                                            **ZAHID N. QURAISHI**
                                                            **UNITED STATES DISTRICT JUDGE**